**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**FILED**

FEB 2 3 2016

IN OPEN COURT

JAMES W. McCORMACK, CLERK

BY:_____
DEPUTY CLERK

**UNITED STATES OF AMERICA**                    **PLAINTIFF**

**v.**        Case No. 4:15-cr-00276-11 KGB

**BRENDA GREEN**                        **DEFENDANT**

## ORDER

The Court conducted a hearing today as to defendant Brenda Green's anticipated plea. Ms. Green tested presumptively positive for a narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, without a prescription from a licensed medical practitioner. The Court will not proceed forward today with the anticipated plea. Instead, the Court modifies Ms. Green's current conditions of pretrial release (Dkt. No. 67) to add the condition that she report today to the Northeast Arkansas Regional Recovery Center (Crowley's Ridge Development Council) for inpatient treatment. She remains under all other conditions of pretrial release (Dkt. No. 67). The Court will reset a hearing in Ms. Green's anticipated plea, if appropriate.

It is so ordered this 23rd day of February, 2016.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge